Smith

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Troy King AG
Alabama State House
11 South Union St.          (20)
Mntg AL 36130
              petition & order #2

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _signature_
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Oivner

C. Date of Delivery
3/1/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7003 2260 0005 4584 7313

PS Form 3811, February 2004    Domestic Return Receipt  06-156    102595-02-M-1540

Smith

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Jodi Green<br>C. Date of Delivery: 3-1-06 |
| 1. Article Addressed to:<br>William Donaldson Corr. Fac.<br>100 Warrior Lane<br>Bessemer, AL 35203<br>attn: Kenneth Jones<br>order #2 § petition (20) | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 2260 0005 4584 7139 |

PS Form 3811, February 2004    Domestic Return Receipt    06-156    102595-02-M-1540