```
CR0372                ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 2003 000464.00
OPER: DEC                       CASE ACTION SUMMARY             RUN DATE: 04/09/2003
PAGE:   1                       CIRCUIT CRIMINAL
                                                                         JUDGE: TMH
IN THE CIRCUIT COURT OF MONTGOMERY

STATE  OF  ALABAMA                   VS      SMITH DELAND
                                             1116 HUTCHINSON STREET
CASE: CC 2003 000464.00                      MONTGOMERY, AL  36104 0000

DOB: 02/17/1984         SEX: M  RACE: B  HT: 6 03  WT: 190  HR:        EYES:
SSN: 421216501  ALIAS NAMES:

CHARGE01: MURDER CAPITAL          CODE01: CMUR   LIT: MURDER CAPITAL  TYP: F  #: 001
CHARGE02: CONSPIRACY -MURDER      CODE02: MURDC                        TYP: F  #: 001
CHARGE03: CONSPIRACY -MURDER      CODE03: MURDC                        TYP: F  #: 001
CHARGE04: ROBBERY 1ST             CODE04: ROB1                         TYP: F  #: 001
CHARGE05: ROBBERY 1ST             CODE05: ROB1                         TYP: F  #: 001
CHARGE06: ATTEMPT - MURDER        CODE06: MURDA                        TYP: F  #: 001
CHARGE07: CONSPIRACY -ROBBERY     CODE07: ROB1C                        TYP: F  #: 001
CHARGE08: CONSPIRACY -ROBBERY     CODE08: ROB1C                        TYP: F  #: 001
OFFENSE DATE: 09/03/2001                  AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:                         DATE ARRESTED: 04/08/2003
DATE    INDICTED: 06/05/2002              DATE    FILED: 04/09/2003
DATE    RELEASED:                         DATE  HEARING:
BOND      AMOUNT:        $.00               SURETIES:

DATE 1:                DESC:              TIME: 0000
DATE 2: 04/17/2003     DESC: ARRG         TIME: 0130 P

TRACKING NOS: GJ 2002 060619 00
    DEF/ATY: Goggans (A); Reed (B)    TYPE: Appointed                 TYPE:

                                     00000                             00000
PROSECUTOR: Ellen Brooks
                                                                  Sept 22 √
================================================================================
OTH CSE: GJ200206061900  CHK/TICKET NO: 2001F-1387        GRAND JURY: 619
COURT REPORTER:                       SID NO:  000000000              OPER: DEC
DEF STATUS: JAIL                      DEMAND:
================================================================================
DATE         ACTIONS, JUDGEMENTS, AND NOTES
================================================================================
```

| Date | Actions, Judgements, and Notes |
|---|---|
| 4-9-03 √ | √ DEF IN JAIL 4/8/03 |
| | √ NEED 72 HR HEARING PURSUANT TO |
| 4-9-03 | The Court appoints Thomas Goggans as 1st chair and Joe Reed as 2nd chair to Represent Defendant after having been found indigent |
| 4-14-03 | Motion For Approval of Expenses |
| 4-14-03 | Order granting mo For Approval of Expenses |

EXHIBIT

| | Case Number |
|---|---|
| State of Alabama Unified Judicial System — **CASE ACTION SUMMARY** CONTINUATION | CC-03-464 TMH |
| Form C-7   Rev 2/79 | |

Style: Delano Smith        Page Number 2 of ____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 4-14-03 | This matter was before the Court for Arraignment of Capital Murder. Present in Court at the date and time scheduled was Defendant and his attorney, Joe Reed, and the State was represented by Daryl Bailey and Michael Kidd. Mr. Bailey read the Indictment to Defendant and he entered a plea of Not Guilty to all counts of the Indictment. Mr. Kidd request a Mental Evaluation to be performed on Defendant and the Court Orders a Mental Evaluation. Defendant is to be applied for Youthful Offender. <br><br>Truman M. Hobbs, Jr. <br>Circuit Judge |
| 4-21-03 | Mo Relating To Criminal Records of Jurors Obtained Through Use of Prosecution Computer Powers |
| 4-21-03 | Mo To Permit Discovery of Records + Files Pertaining to Case |
| 4-21-03 | Deft's Objection To Mental Examination |
| 4-21-03 | Mo To Facilitate Control of Publicity |
| 5-22-03 | Motion To Set For Trial |
| 4-24-03 | Motion To Dismiss |
| 4-25-03 | Motion For Notice Of Intention To Rely Upon Other Acts Evidence |
| 5-22-03 | State's Motion For Discovery |
| 5-30-03 | Order On Motions |
| 7/00/03 | Motion in limine Regarding Improper Prosecution arguments |



```
ACR0349  ALABAMA  JUDICIAL  INFORMATION  CENTER
                  CASE ACTION SUMMARY
                     CONTINUATION          CASE: CC 2003 000464.00
                                           JUDGE ID: TMH
STATE OF ALABAMA              VS   SMITH DELANO
  DATE        ACTION, JUDGMENTS, CASE NOTES
```

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|---|---|
| 7/25/03 | Motion to preclude any statements or instructions that Jury findings on Punishment are advisory and not binding on Court |
| 7/25/03 | Motion du Limine Regarding Self-Representations of prosecutors |
| 7-31-03 | Objection To Television Pictures Or Photographs In Or Of the Courtroom During The Progress Of Judicial Proceedings |
| 7-31-03 | Motion For Attorney Conducted Voir Dire |
| 8-1-03 | Motion To Extend Discovery Date |
| 8-1-03 | Motion For Individual Voir Dire |
| 8-1-03 | Objection To Death Penalty |
| 8/13/03 | State's Response to Def's objection to Death penalty |
| 8-19-03 | Motion In Limine Regarding Self-Representations of Prosecutors Granted |
| 8-19-03 | Motion To Extend Discovery Date Granted |
| 8-19-03 | Motion In Limine Regarding Improper Prosecution Arguments Denied |
| 8-19-03 | Motion For Individual Voir Dire Granted |
| 8-19-03 | Motion To Nolle Prosqui |
| 8-19-03 | Order Signed 8-19-03 Granting Motion To Nolle Prosqui |
| 8/28/03 | Notice of Intent to offer 404(B) Evidence |

| State of Alabama Unified Judicial System<br>Form C-7  Rev 2/79 | CASE ACTION SUMMARY<br>CONTINUATION | Case Number<br>CC03-464 |
|---|---|---|

Style: Delano Smith

Page Number ____ of ____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 9/05/03 | Dy's Response to prosecution's Notice of Intent to offer 404(B) Evidence |
| 9/05/03 | Notice of change of address |

| | |
|---|---|
| Unified Judicial System<br>Form C-7   Rev 2/79 | CASE ACTION SUMMARY<br>CONTINUATION    CC-03-464 TMH |

Style: STATE OF ALABAMA VS. Delano Smith    Page Number ___ of ___ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 5/23/03 | Y.O.A - ~~GRANTED/DENIED~~ Defendant's Motion (see Order) to withdraw YO application Granted |
| 8/19/03 | State's Motion/Nolle Prosse Count(s) 2, 5, 6, 7, 8 (Granted) |
| / / | State's Motion To Dismiss Count(s) _____ Granted |
| / / | State's Motion To Amend Count _____ to _____ Granted |
| 9/11/03 | The Defendant is before the Court and is represented. The Court on record fully explained all Constitutional rights. The Court is convinced that Defendant comes into court voluntarily and understands all his rights. Exhibit A is signed by Defendant and counsel and the record affirmatively shows colloquy between the Judge and Defendant and that Defendant fully and completely understands he is waiving his Constitutional rights and other effects of a guilty plea and the consequences thereof and the sentence that could be imposed. Upon the conclusion of said colloquy the Court accepts the guilty plea and finds Defendant guilty and enters a judgment of guilt to the charge of Ct 1 - Cap Murder, Ct 3- Att Murder, + Ct 4 Robbery<br><br>Notice of HOA/Drug/Weapon Enhancements given _____.<br><br>P.S.I. ORDERED / WAIVED<br><br>Sentencing date is 9-22/03 at 8:30 a.m.<br>_____ TRUMAN M. HOBBS, JR.<br>CIRCUIT JUDGE<br>Judy Shelton, OCR |
| 9-22-03 | Trial; Judy Shelton, OCR. |
| 9-22-03 | JUDGEMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE VERDICT OF THE JURY.<br>_____<br>Circuit Judge |

| State of Alabama Unified Judicial System | CASE ACTION SUMMARY CONTINUATION | Case Number CC-03-464 TMH |
|---|---|---|
| Form C-7  Rev 2/79 | | |

Style: Delano Smith

Page Number ____ of ____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|

Count I

9-22-03

Rec'd 9-29-03

Copy ✓

Defendant & attorney appeared for sentencing. Court asked if he/she had anything to say why sentence should not now be pronounced and Defendant had his/her say.

HOA Enhancements Applicable   Yes/(No)
Defendant Admits _____ State Proves _____ priors

**IT IS ORDERED:**  Life without parole
Sentenced to _____ ~~yrs./split~~ to serve _____ yrs.
_____ reverse split postpone _____ mo./year Review _____
Concurrent _____   Consecutive _____

Suspended YES/NO   Supervised/P.O/Court Probation _____ years
End of Split Sentence _____ years supervised probation
_____ DOC to give 60 day notice prior to E.O.S.

ENHANCEMENTS   $1000/2000 Enhancement Fine
_____ Remit portion completion of SAP
_____ Driver License suspended/revoked 6 mo/_____
_____ $100 DFS fee _____   $100 Head Injury_____
_____ years School/_____ years Public Housing
_____ years Sale under 18

Boot Camp___ SAP___ Review upon completion-YES ___ GED ___
Work Release___ Community Service ___ hrs. Trash Pickup ___ hr
**OTHER:**

Restitution $35,481.38   Co-Defendant(s) _____
Jointly and Severally liable   Crime Victim $25.00/($50.00)
Court Costs ✓   Attorney Fees ~~$150.00~~/submit Fine $_____
Payment $_____ Mo/Week Begin _____/03 or 1/2 monies earned ___

Review/Other _____

Defendant advised right to appeal yes/(no) unless reserve issue or withdraw plea; Defendant to be given credit for time served.
Appeal Bond set $_____

TRUMAN M. HOBBS, JR.
CIRCUIT JUDGE

| State of Alabama Unified Judicial System | CASE ACTION SUMMARY CONTINUATION | Case Number CC-03-464 TMH |
|---|---|---|
| Form C-7  Rev 2/79 | | |

Style: Delano Smith

Page Number ____ of ____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| | Count 3 |
| 9-22-03 | Defendant & attorney appeared for sentencing. Court asked if he/she had anything to say why sentence should not now be pronounced and Defendant had his/her say.<br><br>HOA Enhancements Applicable   Yes/No<br>Defendant Admits _____ State Proves _____ priors<br><br>**IT IS ORDERED:**<br><br>Sentenced to Life yrs./split to serve _____ yrs.<br>_____ reverse split postpone _____ mo./year Review _____<br>Concurrent _____ Consecutive _____<br><br>Suspended YES/NO  Supervised/P.O/Court Probation _____ years<br>End of Split Sentence _____ years supervised probation<br>_____ DOC to give 60 day notice prior to E.O.S.<br><br>ENHANCEMENTS   $1000/2000 Enhancement Fine<br>_____ Remit portion completion of SAP<br>_____ Driver License suspended/revoked 6 mo/_____<br>_____ $100 DFS fee _____ $100 Head Injury_____<br>_____ years School/ _____ years Public Housing<br>_____ years Sale under 18<br><br>Boot Camp___ SAP___ Review upon completion-YES ___ GED_____<br>Work Release____ Community Service _____ hrs. Trash Pickup _____ hr<br>**OTHER:**<br><br>Restitution $_____ Co-Defendant(s) _____<br>Jointly and Severally liable  Crime Victim $25.00/$50.00<br>Court Costs _____ Attorney Fees $150.00/_____ Fine $_____<br>Payment $_____ Mo/Week Begin _____/03 or 1/2 monies earned _____<br><br>Review/Other _____<br><br>Defendant advised right to appeal yes/no unless reserve issue or withdraw plea; Defendant to be given credit for time served.<br>Appeal Bond set $_____<br><br>_____<br>TRUMAN M. HOBBS, JR.<br>CIRCUIT JUDGE |

| State of Alabama Unified Judicial System | CASE ACTION SUMMARY CONTINUATION | Case Number |
|---|---|---|
| Form C-7  Rev 2/79 | | CC-03-464 TMH |

Style: Delano Smith

Page Number ____ of ____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| | Count 4 |
| 9-22-03 | Defendant & attorney appeared for sentencing. Court asked if he/she had anything to say why sentence should not now be pronounced and Defendant had his/her say.<br><br>HOA Enhancements Applicable   Yes/No<br>Defendant Admits ____ State Proves ____ priors<br><br>**IT IS ORDERED:**<br><br>Sentenced to Life ~~yrs./split~~ to serve ____ yrs. ____ reverse split postpone ____ mo./year Review ____<br>Concurrent ____ Consecutive ____<br><br>Suspended YES/NO  Supervised/P.O/Court Probation ____ years<br>End of Split Sentence ____ years supervised probation<br>____ DOC to give 60 day notice prior to E.O.S.<br><br>ENHANCEMENTS  $1000/2000 Enhancement Fine<br>____ Remit portion completion of SAP<br>____ Driver License suspended/revoked 6 mo/____<br>____ $100 DFS fee ____ $100 Head Injury ____<br>____ years School/ ____ years Public Housing<br>____ years Sale under 18<br><br>Boot Camp ____ SAP ____ Review upon completion-YES ____ GED ____<br>Work Release ____ Community Service ____ hrs. Trash Pickup ____ hr<br>**OTHER:**<br><br>Restitution $ ____ Co-Defendant(s) ____<br>Jointly and Severally liable   Crime Victim $25.00/$50.00<br>Court Costs ____ Attorney Fees $150.00/ ____ Fine $ ____<br>Payment $ ____ Mo/Week Begin ____ /03 or 1/2 monies earned ____<br><br>Review/Other ____<br><br>Defendant advised right to appeal yes/no unless reserve issue or withdraw plea; Defendant to be given credit for time served. Appeal Bond set $ ____<br><br>TRUMAN M. HOBBS, JR.<br>CIRCUIT JUDGE |

| State of Alabama <br> Unified Judicial System | JURY VERDICT | Case Number <br> CC-03-464 TMH |
|---|---|---|

Form C-50    Rev 6/88

## IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

Plaintiff: State of Alabama      v.   Defendant: DELANO SMITH

__X__  We, the Jury, find the Defendant GUILTY of Capital Murder as charged in the indictment.

OR

_____  We, the Jury find the Defendant NOT GUILTY.

9-22-03

JUDGEMENT IS HEREBY ENTERED
IN ACCORDANCE WITH THE
VERDICT OF THE JURY.

_____
Circuit Judge

Judy Shelton, O.C.R.

ALLVIN MCKEEN III
Name of Foreperson (please print)

_____
Foreperson Signature

Date filed  9-22-03