# COURT OF CRIMINAL APPEALS
# STATE OF ALABAMA

*Chappell*
*75384*

**Lane W. Mann**
  Clerk
**Sonja McKnight**
  Assistant Clerk



P. O. Box 301555
Montgomery, AL 36130-1555
(334) 242-4590
Fax (334) 242-4689

September 2, 2005

**CR-04-0575**

Delano Smith v. State of Alabama  (Appeal from Montgomery  Circuit Court: CC03-464.60)

## NOTICE

You are hereby notified that on September 2, 2005 the following action was taken in the above referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

**Lane W. Mann, Clerk**
**Court of Criminal Appeals**

cc: Hon. Melissa Rittenour, Circuit Clerk
    Delano Smith, Pro Se
    Jean-Paul M. Chappell, Asst. Atty. Gen.



EXHIBIT F