Chappell 15384

# IN THE SUPREME COURT OF ALABAMA



December 9, 2005

**1041895**

Ex parte Delano Smith. PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS (In re: Delano Smith v. State of Alabama) (Montgomery Circuit Court: CC03-464.60; Criminal Appeals : CR-04-0575).

## CERTIFICATE OF JUDGMENT

## Writ Denied

The above cause having been duly submitted, IT IS CONSIDERED AND ORDERED that the petition for writ of certiorari is denied.

SEE, J. - Nabers, C.J., and Harwood, Stuart, and Bolin, JJ., concur.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.

Witness my hand this 9th day of December, 2005

Clerk, Supreme Court of Alabama

/bb

EXHIBIT
G