## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 04/09/2003 | 9:49:00 | JUDG | ASSIGNED TO: (TMH) CHARLES PRICE   (AR01) | DEC |
| 04/09/2003 | 9:49:00 | STAT | INITIAL STATUS SET TO: "J" - JAIL   (AR01) | DEC |
| 04/09/2003 | 9:49:00 | FILE | FILED ON: 04/09/2003   (AR01) | DEC |
| 04/09/2003 | 9:49:00 | ARRS | DEFENDANT ARRESTED ON: 04/08/2003   (AR01) | DEC |
| 04/09/2003 | 9:49:00 | INDT | DEFENDANT INDICTED ON: 06/05/2002   (AR01) | DEC |
| 04/09/2003 | 9:49:00 | FILE | CHARGE 01: MURDER CAPITAL/#CNTS: 001   (AR01) | DEC |
| 04/09/2003 | 9:49:00 | FILE | CHARGE 02: CONSPIRACY -MURDER/#CNTS: 001  (AR01) | DEC |
| 04/09/2003 | 9:49:00 | FILE | CHARGE 03: CONSPIRACY -MURDER/#CNTS: 001  (AR01) | DEC |
| 04/09/2003 | 9:49:00 | FILE | CHARGE 04: ROBBERY 1ST/#CNTS: 001   (AR02) | DEC |
| 04/09/2003 | 9:49:00 | FILE | CHARGE 05: ROBBERY 1ST/#CNTS: 001   (AR02) | DEC |
| 04/09/2003 | 9:49:00 | FILE | CHARGE 06: ATTEMPT - MURDER /#CNTS: 001  (AR02) | DEC |
| 04/09/2003 | 9:49:00 | FILE | CHARGE 07: CONSPIRACY -ROBBE/#CNTS: 001   (AR02) | DEC |
| 04/09/2003 | 9:49:00 | FILE | CHARGE 08: CONSPIRACY -ROBBE/#CNTS: 001   (AR02) | DEC |
| 04/09/2003 | 9:50:00 | DAT2 | SET FOR: ARRAIGNMENT ON 04/17/2003 AT 0130P(AR10) | DEC |
| 04/09/2003 | 9:50:00 | CASP | CASE ACTION SUMMARY PRINTED   (AR01) | DEC |
| 04/09/2003 | 11:28:00 | DAT2 | SET FOR: ARRAIGNMENT ON 04/17/2003 AT 0830A(AR10) | REG |
| 04/10/2003 | 2:11:00 | DOCK | NOTICE SENT: 04/10/2003 SMITH DELANO | REG |
| 04/10/2003 | 2:26:00 | ATY1 | ATTORNEY FOR DEFENDANT: GOGGANS THOMAS M   (AR10) | REG |
| 04/10/2003 | 2:26:00 | ATY2 | ATTORNEY FOR DEFENDANT: REED JOE MORGAN   (AR10) | REG |
| 04/14/2003 | 4:33:00 | TEXT | MO FOR APPROVAL OF EXPENSES PURSUANT TO MAY V. | TOR |
| 04/14/2003 | 4:33:00 | TEXT | STATE | TOR |
| 04/21/2003 | 11:20:00 | TEXT | DEF'S OBJECTION TO MENATL EXAMINATION | TOR |
| 04/21/2003 | 11:21:00 | TEXT | MO TO FACILITATE CONTROL OF PUBLICITY | TOR |
| 04/21/2003 | 4:45:00 | TEXT | MO RELATING TO CRIMINAL RECORDS OF JURORS OBTAINED | TOR |
| 04/21/2003 | 4:45:00 | TEXT | THROUGH USE OF PROSECUTION COMPUTER POWERS | TOR |
| 04/21/2003 | 4:45:00 | TEXT | MO TO PERMIT DISCOVERY OF RECORDS AND FILES PER- | TOR |
| 04/21/2003 | 4:45:00 | TEXT | TAINING TO CASE | TOR |
| 04/23/2003 | 7:59:00 | TEXT | REQUEST FOR PRODUCTION | TOR |
| 04/24/2003 | 4:21:00 | TEXT | MO TO DISMISS | TOR |
| 04/25/2003 | 4:27:00 | TEXT | MO FOR NOTIICE OF INTENTION TO RELY UPON OTHER | TOR |
| 04/25/2003 | 4:27:00 | TEXT | ACTS EVIDENCE | TOR |
| 04/30/2003 | 9:49:00 | DAT1 | SET FOR: HEARING ON 05/23/2003 AT 0900A   (AR10) | REG |
| 05/22/2003 | 4:49:00 | TEXT | MO TO SET FOR TRIAL | TOR |
| 05/22/2003 | 4:49:00 | TEXT | STATE'S MO FOR DISCOVERY | TOR |
| 06/20/2003 | 3:38:00 | DAT1 | SET FOR: STATUS CALL ON 09/09/2003 AT 0815A(AR10) | REG |
| 06/20/2003 | 3:38:00 | DAT2 | SET FOR: JURY TRIAL ON 09/22/2003 AT 0900A  (AR10) | REG |
| 06/27/2003 | 4:17:00 | PZCS | PARTY W001 ZCS CHANGED FROM: 00000 0000   (AW21) | TOR |
| 06/27/2003 | 4:18:00 | SUBP | WITNESS SUBPOENA ISSUED TO W001 K.B. BARNETT(AW21) | TOR |
| 06/27/2003 | 4:19:00 | PRTY | PARTY ADDED  W002  BEN BRISTOL   (AW21) | TOR |
| 06/27/2003 | 4:19:00 | ISSD | PARTY W002 ISSUED DATE: 06272003  TYPE:    (AW21) | TOR |
| 06/27/2003 | 4:19:00 | PRTY | PARTY ADDED  W003  RAYMOND DAVIS   (AW21) | TOR |
| 06/27/2003 | 4:19:00 | ISSD | PARTY W003 ISSUED DATE: 06272003  TYPE:    (AW21) | TOR |
| 06/27/2003 | 4:20:00 | PRTY | PARTY ADDED  W004  SARAWANEE PARISH   (AW21) | TOR |
| 06/27/2003 | 4:20:00 | PRTY | PARTY ADDED  W005  JOSEPH SALOOM   (AW21) | TOR |
| 06/27/2003 | 4:27:00 | SUBP | WITNESS SUBPOENA ISSUED   AWP24 | TOR |
| 07/25/2003 | 3:04:00 | TEXT | MO IN LIMINE REGARDING IMPROPER PROSECUTION ARGU- | TOR |
| 07/25/2003 | 3:04:00 | TEXT | MENTS | TOR |
| 07/25/2003 | 3:05:00 | TEXT | MO TO PRECLUDE ANY STATEMENTS OR INSTRUCTIONS | TOR |
| 07/25/2003 | 3:05:00 | TEXT | THAT JURY FINDINGS ON PUNISHMENT ARE ADVISORY | TOR |
| 07/25/2003 | 3:05:00 | TEXT | AND NOT BINDING ON COURT | TOR |

© Alacourt.com   3/10/2006                           3



EXHIBIT

| Date | Time | Code | Description | Init |
|---|---|---|---|---|
| 07/25/2003 | 3:08:00 | TEXT | MO IN LIMINE REGARDING SELF-REPRESENTATIONS OF | TOR |
| 07/25/2003 | 3:08:00 | TEXT | PROSECUTORS | TOR |
| 07/25/2003 | 3:09:00 | TEXT | MO FOR CAUTIONARY INSTRUCTIONS PRIOR TO VOIR DIRE | TOR |
| 07/25/2003 | 3:09:00 | TEXT | OF JURORS | TOR |
| 07/31/2003 | 4:33:00 | TEXT | MO FOR ATTY CONDUCTED VOIR DIRE | TOR |
| 07/31/2003 | 4:34:00 | TEXT | OBJECTION TO TELEVISION PICTURES OR PHOTOGRAPHS | TOR |
| 07/31/2003 | 4:34:00 | TEXT | IN OR OF THE COURTROOM DURING THE PROGRESS OF | TOR |
| 07/31/2003 | 4:34:00 | TEXT | JUDICIAL PROCEEDINGS | TOR |
| 08/01/2003 | 4:11:00 | TEXT | OBJECTION TO DEATH PENALTY | REG |
| 08/01/2003 | 4:12:00 | TEXT | MOTION FOR INDIVIDUAL VOIR DIRE | REG |
| 08/01/2003 | 4:12:00 | TEXT | MOTION TO EXTEND DISCOVERY DATE | REG |
| 08/13/2003 | 2:18:00 | TEXT | STATE'S RESPONSE TO DEF'S OBJECTION TO DEATH | TOR |
| 08/13/2003 | 2:18:00 | TEXT | PENALTY | TOR |
| 08/21/2003 | 12:27:00 | DJID | DISPOSITION JUDGE ID CHANGED FROM:    TO: TMH | REG |
| 08/21/2003 | 12:27:00 | DISP | CHARGE 01: MURDER CAPITAL/#CNTS: 001    (AR10) | REG |
| 08/21/2003 | 12:27:00 | DISP | CHARGE 03: CONSPIRACY -MURDER /#CNTS: 001  (AR10) | REG |
| 08/21/2003 | 12:27:00 | DISP | CHARGE 03 DISPOSED BY: NOL PRS/DA ON: 08/19/2003 | REG |
| 08/21/2003 | 12:27:00 | DISP | CHARGE 02 DISPOSED BY: NOL PRS/DA ON: 08/19/2003 | REG |
| 08/21/2003 | 12:27:00 | DISP | CHARGE 01 DISPOSED BY: NOL PRS/DA ON: 08/19/2003 | REG |
| 08/21/2003 | 12:27:00 | DISP | CHARGE 02: CONSPIRACY -MURDER /#CNTS: 001  (AR10) | REG |
| 08/21/2003 | 12:27:00 | D001 | ENFORCEMENT STATUS SET TO: "N"    (AR10) | REG |
| 08/28/2003 | 1:30:00 | TEXT | NOTICE OF INTENT TO OFFER 404(B) EVIDENCE | TOR |
| 09/05/2003 | 9:57:00 | TEXT | NOTICE OF CHANGE OF ADDRESS (THOMAS GOGGANS) | TOR |
| 09/05/2003 | 10:12:00 | TEXT | DEF'S RESPONSE TO PROSCURTION'S NOTICE OF INTENT | TOR |
| 09/05/2003 | 10:12:00 | TEXT | TO OFFER 404(B) EVIDENCE | TOR |
| 09/05/2003 | 2:20:00 | ATTH | CAS ATTACHMENT PRINTED    (AR08) | TOR |
| 10/01/2003 | 3:35:00 | DISP | CHARGE 01: MURDER CAPITAL/#CNTS: 001    (AR10) | REG |
| 10/01/2003 | 3:35:00 | DISP | CHARGE 01 DISPOSED BY: GUILTY PLEA ON: 09/11/2003 | REG |
| 10/01/2003 | 3:35:00 | DISP | CHARGE 03 DISPOSED BY: NOL PRS/DA ON: 08/19/2003 | REG |
| 10/01/2003 | 3:35:00 | DISP | CHARGE 03: ATTEMPT - MURDER/#CNTS: 001    (AR10) | REG |
| 10/01/2003 | 3:36:00 | DISP | CHARGE04: ROBBERY 1ST/#CNTS: 001    (AR02) | REG |
| 10/01/2003 | 3:36:00 | DISP | CHARGE 04 DISPOSED BY: GUILTY PLEA ON: 09/11/2003 | REG |
| 10/01/2003 | 3:36:00 | DISP | CHARGE05: ROBBERY 1ST/#CNTS: 001    (AR02) | REG |
| 10/01/2003 | 3:36:00 | DISP | CHARGE 05 DISPOSED BY: NOL PRS/DA ON: 08/19/2003 | REG |
| 10/01/2003 | 3:36:00 | DISP | CHARGE06: ATTEMPT - MURDER /#CNTS: 001   (AR02) | REG |
| 10/01/2003 | 3:36:00 | DISP | CHARGE 06 DISPOSED BY: NOL PRS/DA ON: 08/19/2003 | REG |
| 10/01/2003 | 3:36:00 | DISP | CHARGE07: CONSPIRACY -ROBBE/#CNTS: 001    (AR02) | REG |
| 10/01/2003 | 3:36:00 | DISP | CHARGE 07 DISPOSED BY: NOL PRS/DA ON: 08/19/2003 | REG |
| 10/01/2003 | 3:36:00 | DISP | CHARGE08: CONSPIRACY -ROBBE/#CNTS: 001    (AR02) | REG |
| 10/01/2003 | 3:36:00 | DISP | CHARGE 08 DISPOSED BY: NOL PRS/DA ON: 08/19/2003 | REG |
| 10/06/2003 | 9:13:00 | D001 | ENFORCEMENT STATUS SET TO: "A"    (FE52) | DBH |
| 10/06/2003 | 9:15:00 | DISP | CHARGE 03: ATTEMPT - MURDER/#CNTS: 001    (AR10) | DBH |
| 10/06/2003 | 9:15:00 | DISP | CHARGE 03 DISPOSED BY: GUILTY PLEA ON: 08/19/2003 | DBH |
| 10/06/2003 | 9:17:00 | CH01 | DEFENDANT SENTENCED ON: 09/22/2003    (AR05) | DBH |
| 10/06/2003 | 9:17:00 | CH01 | SENTENCE TO BEGIN ON: 09/22/2003    (AR05) | DBH |
| 10/06/2003 | 9:17:00 | CH01 | JAIL CREDIT: 168 DAYS    (AR05) | DBH |
| 10/06/2003 | 9:17:00 | CH01 | COST PROVISION ORDERED BY THE COURT    (AR05) | DBH |
| 10/06/2003 | 9:17:00 | CH01 | 3CVC PROVISION ORDERED BY THE COURT    (AR05) | DBH |
| 10/06/2003 | 9:17:00 | CH01 | 3CVC AMOUNT ORDERED: $100.00    (AR05) | DBH |
| 10/06/2003 | 9:17:00 | CH01 | HISTORY FEE PROVISION ORDERED BY THE COURT  (AR05) | DBH |
| 10/06/2003 | 9:17:00 | CH01 | CVCC PROVISION ORDERED BY THE COURT    (AR05) | DBH |
| 10/06/2003 | 9:17:00 | CH01 | RECOUPMENT PROVISION ORDERED BY THE COURT  (AR05) | DBH |
| 10/06/2003 | 9:17:00 | CH01 | SUBPOENA FEE PROVISION ORDERED BY THE COURT (AR05) | DBH |

| Date | Time | Code | Description | By |
|---|---|---|---|---|
| 10/06/2003 | 9:17:00 | CH01 | RESTITUTION FOR R001 ORDERED BY THE COURT (AR05) | DBH |
| 10/06/2003 | 9:17:00 | CH01 | R001 REST AMOUNT ORDERED: $35481.38 (AR05) | DBH |
| 10/06/2003 | 9:17:00 | CH01 | LIFE W/O PAROLE PROVISION ORDERED BY THE COURT | DBH |
| 10/06/2003 | 9:17:00 | CH01 | PENITENTIARY PROVISION ORDERED BY THE COURT (AR05) | DBH |
| 10/06/2003 | 9:20:00 | CH01 | CONSECUTIVE SENTENCE ORDERED BY THE COURT (AR05) | DBH |
| 10/06/2003 | 9:21:00 | TRSC | TRANSCRIPT OF RECORD ISSUED: 10/06/2003 (AR08) | DBH |
| 10/15/2003 | 2:58:00 | FELN | CONVICTION REPORT TO BOARD OF REGISTRARS | REG |
| 11/03/2003 | 3:27:00 | TEXT | MO FOR PAYMENT OF REWARD | TOR |
| 11/06/2003 | 12:37:00 | TEXT | 11042003 ORDER GRANTING MO FOR PAYMENT OF REWARD | REG |
| 12/15/2003 | 2:34:00 | ENFD | PAYMENT DELINQUENT NOTICE MAILED ON 12/16/2003 | AOC |
| 01/07/2004 | 3:55:00 | PRTY | PARTY ADDED R001 ROBIN BENEFIELD (AW21) | TOR |
| 01/07/2004 | 3:55:00 | PRTY | PARTY ADDED R002 RAY DAVIS (AW21) | TOR |
| 01/07/2004 | 3:56:00 | PRTY | PARTY ADDED R003 ACVCC (AW21) | TOR |
| 01/07/2004 | 3:56:00 | PRTY | PARTY ADDED R004 ACVCC (AW21) | TOR |
| 05/03/2004 | 1:10:00 | TEXT | MO TO WITHDRAW AS APPOINTED COUNSEL | TOR |
| 10/29/2004 | 8:35:00 | ADD1 | ADDR1 CHANGED FROM: 1116 HUTCHINSON STREET (AR01) | TOR |
| 10/29/2004 | 8:35:00 | CITY | HOME CITY CHANGED FROM: MONTGOMERY (AR01) | TOR |
| 10/29/2004 | 8:35:00 | TRK# | PRIOR 2 ENTRIES RESULT FROM CC200300046460 (AR01) | TOR |

 **END OF THE REPORT**