IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DELANO SMITH, #231612, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv156-WHA |
| ) | |
| KENNETH JONES, WARDEN, et al., ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on September 19, 2007, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that the petition for habeas corpus relief filed by Delano Smith is DENIED and DISMISSED with prejudice as time-barred.

Done this 10th day of October, 2007.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE